[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-14121

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

HENRY HERNANDEZ-GARCIA,

Defendant- Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:22-cr-00007-TFM-N-4

_____

2                        Opinion of the Court                        22-14121

Before WILSON, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Domingo Soto, counsel for Henry Hernandez-Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez-Garcia's conviction and sentence are **AFFIRMED**.